

**FILED**

SEP 1 6 2013

CLERK'S OFFICE
U.S. DISTRICT OFFICE
EASTERN MICHIGAN

September 12, 2013

Attorney Paul J. Nicoletti, Esq.
36880 Woodward Avenue Suite 100
Bloomfield Hills, MI 48304

RE:   Case No 13-CV-12228-RHC-MAR

To Whom It May Concern:

I am responding to the lawsuit that was served upon myself. I would like to find out what my options are.

I am not admitting guilt in this matter.

I am giving permission for you to speak with my sister, Amy Carroll Stachowiak regarding this matter.

Thank You,

9/12/13

*[signature]*

Eric Carroll

Eric Carroll
4011 Green Meadows #212
Ypsilanti, MI 48197

48226277582

United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 707
Detroit, MI 48226