# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                               Civil Action No. 2:13-cv-12228-RHC-MAR

ERIC CARROLL,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT ERIC CARROLL

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Eric Carroll ("Defendant").  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executory obligations which will be satisfied on January 15, 2014, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  October 17, 2013                    Respectfully submitted,

                                                                By:    /s/ *Paul J. Nicoletti*
                                                                 Paul J. Nicoletti
                                                                 pauljnicoletti@gmail.com
                                                                 LAW OFFICE OF NICOLETTI &
                                                                 ASSOCIATES, PLLC
                                                                 36880 Woodward Avenue, Suite 100
                                                                 Bloomfield Hills, Michigan 48304
                                                                 Phone:  (248) 203-7800
                                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

               By: /s/ *Paul J. Nicoletti*
               Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT ERIC CARROLL has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

  This 17th day of October, 2013.

               /s/ *Paul J. Nicoletti*
               Paul J. Nicoletti