UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,

v.

                                    Case No. 13-12228

ERIC CARROLL,

       Defendant.
                                 /

## ORDER OF DISMISSAL

On October 31, 2013, the court was informed by plaintiff's counsel, that the parties have reached a mutually agreeable settlement of this matter. Accordingly,

IT IS ORDERED that the this action is DISMISSED without prejudice. Either party can move to reopen this case by **January 7, 2014**, if settlement is not finalized. After **January 7, 2014**, this dismissal will be with prejudice.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: November 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 27, 2013, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522